**FILED**

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0581

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. 22-0581

| | |
|---|---|
| HEATHER REMITZ N/K/A CARISCH,<br><br>     Petitioner/Appellee,<br>and<br><br>RICK REMITZ,<br><br>     Respondent/Appellant. | ORDER GRANTING EXTENSION |

THIS MATTER came before the Court upon the Motion for Extension filed herein by Appellee. Finding that the parties have stipulated to a filing extension, the Court hereby orders that Appellee's brief shall be filed on or before June 19, 2023.

DATED AND SIGNED ELECTRONICALLY BELOW.

CC:   Christopher J. Gillette/Attorney for Petitioner
       Penni Chisholm/Attorney for Respondent

ORDER ON MOTION FOR ORDER REGARDING     - 2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2023